**United States District Court**
For the Northern District of California

1
2
3
4
5
6                              UNITED STATES DISTRICT COURT

7                            NORTHERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,                    No. C-11-04167 DMR

10              Plaintiff(s),                     **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

11        v.

12   CHRISTIAN,

13              Defendant(s).
                                          /
14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Initial Case Management Conference is set for **February 29, 2012 at 1:30 p.m.**,

17   Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

18   Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and

19   file a proof of service with the court.

20        IT IS SO ORDERED.

21

22   Dated:  February 6, 2012

23        _____
                DONNA M. RYU
24              United States Magistrate Judge

25

26

27

28