UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

   v.

CHRISTIAN,

        Defendant(s).

No. C-11-04167 DMR

**ORDER TO SHOW CAUSE**

    Plaintiff has filed a motion to add Defendant's aliases and spouse's name and aliases to the abstract of judgment. [Docket No. 49.] Currently, the motion is set for a court hearing on November 13, 2014. Defendant is appearing in this action without legal representation. According to the local Court rules, Defendant should have filed any brief in opposition to Plaintiff's motion by October 22, 2014. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

    The court ORDERS Defendant to respond by **November 10, 2014** and explain his failure to respond to the motion. In addition, Defendant must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Defendant's late submission. If Defendant does not respond by November 10, 2014, Plaintiff's motion may be granted.

    The hearing date on the motion is **vacated**. The court will set a hearing and a further briefing schedule on the motion, if necessary, at a later date.

    IT IS SO ORDERED.

Dated: October 29, 2014

DONNA M. RYU
United States Magistrate Judge