UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CHRISTIAN,<br><br>        Defendant(s).<br>_____/ | No. C-11-04167 DMR<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff has filed a motion to add Defendant's aliases and spouse's name and aliases to the abstract of judgment. [Docket No. 49.]  Defendant is appearing in this action without legal representation. According to the local Court rules, Defendant should have filed any brief in opposition to Plaintiff's motion by October 22, 2014. See N.D. Cal. Civ. L.R. 7-3.  The court has received no such opposition.

    On October 29, 2014, the court issued an order to show case regarding Defendant's failure to respond to the motion.  Docket No. 57.  Defendant's response to the order to show cause was due on November 10, 2014, but to date Defendant has not filed a response to the order to show cause. However, on November 13, 2014, Defendant filed a notice of change of address.

    Accordingly, the court orders as follows: the previous order to show cause (Docket No. 57) is discharged.  Defendant must respond by **November 24, 2014** and explain his failure to respond to Plaintiff's motion to add Defendant's aliases and spouse's name and aliases to the abstract of

judgment. In addition, Defendant shall to simultaneously (1) submit his opposition to Plaintiff's motion or (2) file a statement of non-opposition to the motion.

This order to show cause does not indicate that the court will necessarily accept Defendant's late submission. If Defendant does not respond by November 24, 2014, Plaintiff's motion may be granted.

IT IS SO ORDERED.

Dated: November 13, 2014

DONNA M. RYU
United States Magistrate Judge