**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CHRISTIAN,<br><br>        Defendant(s).<br>_____/ | No. C-11-04167 DMR<br><br>**ORDER TAKING MOTION [DOCKET NO. 49] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's motion [Docket No. 49] and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the January 22, 2015 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: January 7, 2015

_____
DONNA M. RYU
United States Magistrate Judge